JODI LINKER
Federal Public Defender
450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Jodi_Linker@fd.org

Counsel for Roderick BOLDS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RODERICK BOLDS,<br>Defendant. | **Case No.:** CR 25-394 CRB<br>**DECLARATION OF JODI LINKER IN SUPPORT OF MOTION TO DISMISS**<br>**Court: Hon. Charles R. Breyer** |

I, Jodi Linker, state as follows:

1. I am the Federal Public Defender for the Northern District of California. I represent Roderick Bolds, the defendant in above-captioned case. I also represent Mr. Bolds in related case, CR 11-697 CRB, for which Mr. Bolds is currently on supervised release.
2. On November 4, 2025, I appeared before Magistrate Judge Lisa J. Cisneros for a detention hearing for an alleged violation of Mr. Bolds' conditions of supervised release in Case No. CR 11-697 CRB. Mr. Bolds was brought to court in custody on a warrant that had issued. The government moved for detention.
3. After a contentious detention hearing, Judge Cisneros indicated she was likely to release Mr. Bolds to the halfway house if space was available. She recessed until the afternoon to allow Probation time to check on the availability of space.
4. After the court recessed, the AUSA in the case, Kevin Barry, said to me that we needed to set a trial date. I responded, "a hearing date," since Mr. Bolds was only charged with a supervised release violation. Mr. Barry said, "no, a trial date." I then asked, "you're indicting him?" Mr. Barry said "yes." I believe these to be the exact quotes, but if not the exact wording, the conversation was similar in material affect to this.
5. I have represented Mr. Bolds for the entirety of this supervised release case, which was filed on January 16, 2025.
6. November 4, 2025, after the Magistrate Judge indicated a likelihood of releasing Mr. Bolds, was the first time Mr. Barry or anyone from the government mentioned anything to me about even the possibility of indicting Mr. Bolds for the alleged conduct on January 16, 2025.
7. At no time during the proceedings on the current supervised release violation petition did the government propose a resolution or engage in negotiations to resolve the outstanding petition. No resolution negotiations were engaged in by the parties.
8. I received the police report related to the January 16, 2025 violation from Mr. Bolds' U.S. Probation Officer Alex Gerstel on April 23, 2025. I received further discovery

(body worn camera) from Mr. Barry on May 28, 2025. That is the last time I received discovery related to the January 16, 2025 incident.

/ / /

I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed and dated on the 10th of February, 2026, in San Francisco, California.

____________________/s/________________________

JODI LINKER